SADIE GOLDMAN, Appellant, *v.* ANNA SONTAG et al., Respondents.

Submitted May 20, 1940; decided May 28, 1940.

Motion for reargument denied. (See 283 N. Y. 589.)